**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6270**

TERRY J. MOORE,

                    Plaintiff – Appellant,

          v.

J. MILLER, Corrections Officer; A. TAYLOR, Corrections Officer;
CORRECTIONAL OFFICER BROWN; SERGEANT DAY,

                    Defendants – Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, District
Judge.  (7:08-cv-00614-gec-mfu)

Submitted:  October 14, 2009          Decided:  November 2, 2009

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry J. Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry J. Moore appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moore v. Miller, No. 7:08-cv-00614-gec-mfu (W.D. Va. Jan. 15, 2009; Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED